IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| WILLIE L. McQUEEN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:03-CV-0227 |
| | § | |
| JOSEPH HARO, Warden, | § | |
| Federal Correctional Institution, | § | |
| Big Spring, Texas, | § | |
| | § | |
| Respondent. | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner WILLIE L. McQUEEN, has filed with this Court a Petition for a Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 seeking recalculation of his projected release date alleging the Bureau of Prisons method of calculating good time credits is unlawful. On June 30, 2005, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that such petition be denied. On July 29, 2005, petitioner filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The objections filed by petitioner are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is hereby DENIED. Let judgment be entered accordingly.

IT IS SO ORDERED.

ENTERED this _20th_ day of _September_ 2005.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE